IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRIAN STEVENS,

    Plaintiff,

v.                                                         No. 11-cv-0274 MV/SMV

HOME DEPOT U.S.A., INC.,
CARLOS TOVAR,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     Tuesday, August 21, 2012, at 10:00 a.m.

**Matter to be heard**:   Scheduling a settlement conference.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Tuesday, August 21, 2012,** at **10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**