IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRIAN STEVENS,

    Plaintiff,

v.                                                        No. 11-cv-0274 MV/SMV

HOME DEPOT U.S.A., INC.,
CARLOS TOVAR,

    Defendants.

## AMENDED SCHEDULING ORDER

THIS MATTER came before the Court on a telephonic status conference, held on August 21, 2012. The Scheduling Order [Doc. 18] is amended to reflect the following modification:

Counsel are directed to file a consolidated final Pretrial Order on or before **August 31, 2012**. All other deadlines in the Scheduling Order [Doc. 18] (as amended by the Order Amending Pretrial Deadlines [Doc. 29]) remain in effect.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**